# Order

Michigan Supreme Court
Lansing, Michigan

April 23, 2015

150100-1

ASPHALT SPECIALISTS, INC.,
   Plaintiff/Cross-Defendant,

v

STEVEN ANTHONY DEVELOPMENT
COMPANY, GTR COMPANIES, GLACIER
CLUB TWO, INC., GLACIER CLUB ONE,
INC., GLACIER DEVELOPMENT COMPANY,
INC., GTR BUILDERS, INC., ARLINGTON
TRANSIT MIX, ROBERT F. TEMPLE, d/b/a
CURRENT ELECTRIC CONTRACTING, JP
MORGAN CHASE, BOARD OF COUNTY
ROAD COMMISSIONERS, WASHINGTON
ASSOCIATES, LLC, NAGY CONCRETE
COMPANY, NATIONAL CITY BANK OF THE
MIDWEST, d/b/a NATIONAL CITY BANK, and
FEDERAL DEPOSIT INSURANCE COMPANY,
   Defendants/Cross-Defendants,

and

GTR GLACIER GOLF HOLDINGS,
   Defendant/Cross-Defendant/
   Counter-Plaintiff,

and

GTR GLACIER CLUB, LLC,
   Defendant/Third-Party
   Defendant/Cross-Defendant,

and

LAKEVIEW CONTRACTING, INC.,
   Defendant/Third-Party
   Counter-Plaintiff-Appellee,

and

TONY ANGELO CEMENT CONSTRUCTION
COMPANY,
   Defendant/Third-Party
   Counter-Plaintiff/Cross-Defendant,

and

WELLS VENTURE CORPORATION,

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150100
COA: 311947
Macomb CC: 2007-001854-CK

Defendant/Counter-Plaintiff/
Cross-Defendant-Appellant,

and

A & R SEALCOATING, INC.,
Defendant/Counter-Plaintiff/
Cross-Defendant.

_____/

ASPHALT SPECIALISTS, INC.,
Plaintiff/Cross-Defendant-Appellee,

v

STEVEN ANTHONY DEVELOPMENT
COMPANY, GTR COMPANIES, GLACIER
CLUB TWO, INC., GLACIER CLUB ONE,
INC., GLACIER DEVELOPMENT COMPANY,
INC., GTR BUILDERS, INC., ARLINGTON
TRANSIT MIX, ROBERT F. TEMPLE, d/b/a
CURRENT ELECTRIC CONTRACTING, JP
MORGAN CHASE, BOARD OF COUNTY
ROAD COMMISSIONERS, WASHINGTON
ASSOCIATES, LLC, NAGY CONCRETE
COMPANY, NATIONAL CITY BANK OF THE
MIDWEST, d/b/a NATIONAL CITY BANK, and
FEDERAL DEPOSIT INSURANCE COMPANY,
Defendants/Cross-Defendants,

SC: 150101
COA: 314658
Macomb CC: 2007-001854-CK

and

GTR GLACIER GOLF HOLDINGS,
Defendant/Cross-Defendant/
Counter-Plaintiff,

and

GTR GLACIER CLUB, LLC,
Defendant/Third-Party
Defendant/Cross-Defendant,

and

LAKEVIEW CONTRACTING, INC.,
          Defendant/Third-Party
          Counter-Plaintiff-Appellee,

and

TONY ANGELO CEMENT CONSTRUCTION
COMPANY,
          Defendant/Third-Party
          Counter-Plaintiff/Cross-Defendant,

and

WELLS VENTURE CORPORATION,
          Defendant/Counter-Plaintiff/
          Cross-Defendant-Appellant,

and

A & R SEALCOATING, INC.,
          Defendant/Counter-Plaintiff/
          Cross-Defendant.
_____/

On order of the Court, the application for leave to appeal the August 7, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Ronnisch Construction Group, Inc v Lofts on the Nine, LLC* (Docket No. 150029), is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2015



d0416

Clerk